*E-Filed: January 22, 2014*

Irene Karbelashvili (SBN 232223)
12 South First Street, Suite 713
San Jose, California 95113
Telephone: 408.295.0137
Fax: 408.295.0142

Kenneth J. Pinto (SBN 221422)
12 South First Street, Suite 713
San Jose, California 95113
Telephone: 408.289.1765
Fax: 408.289.1754

Attorneys for RICHARD JOHNSON, Plaintiff.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD JOHNSON,

Plaintiff,

v.

ROBERT D. FALLON, an Individual; STREET LIGHT RECORDS, LTD., a California Corporation, d/b/a STREET LIGHT RECORDS, and DOES 1 through 20 , inclusive,

Defendants.

Case No. CV13-05077 HRL

Assigned to Hon. Howard R. Lloyd

**STIPULATION TO EXTEND TIME TO FILE RESPOSE AND DATES PURSUANT TO SCHEDULING ORDER**

(MODIFIED BY THE COURT)

**FACTS**

Although the lawsuit was timely served and Attorney Edward Newman of Newman Marcus et al LLP, having identified himself as having been retained by Defendant Robert D. Fallon and Defendant Street Light Records Ltd, to represent them in the case at bar on or about 11-18-2012, no response has been filed.

Notwithstanding that no response has been filed yet, the parties have held a joint inspection of the premises on 12-10-2013 and are proceeding to discussion of relevant issues related to injunctive relief and damages.

Consequently the last day for parties to "meet and confer" was to be no later than 01-19-2014, and the last day for plaintiff to file "Notice of Need for Mediation" was to be 01-21-2014.

**STIPULATION**

Therefore the Parties; Plaintiff Richard Johnson ("Plaintiff") and Defendants ROBERT D. FALLON, an Individual; STREET LIGHT RECORDS, LTD., a California Corporation, d/b/a STREET LIGHT RECORDS and (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

The Parties agree that the time for Defendant's to file a response shall be extended to 02-24--2014.

The last day for Parties to meet and confer" will be 03-17-2014, and the last day for plaintiff to file "Notice of Need for Mediation" will be 03-31-2014.

DATED: 01- 16-2014

LAW OFFICE OF KENNETH J. PINTO

By: [signature]
KENNETH J. PINTO
Attorneys for Plaintiff RICHARD JOHNSON

DATED: 01-14-2014

LAW OFFICES OF NEWMAN MARCUS ET AL

By: [signature]
Edward W. Newman
Attorneys for Defendant Robert D. Fallon and Street Light Records Ltd.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

(1) Time for filing as response by Defendant's shall be ~~02-24-2014~~. 2/10/2014

(2) The last day to meet and confer shall be ~~03-17-2014~~. 3/3/2014

(3) The last day to declare need for mediation shall be ~~03-31-2014~~. 3/17/2014

Dated: January 22, 2014 By: [signature]

Howard R. Lloyd
Magistrate Judge
United States District Court
Northern District of California