*E-Filed: May 19, 2014*

1
Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
2
12 South First Street, Suite 413
San Jose, CA 95113
3
Telephone: (408) 295-0137
4
Fax: (408) 295-0142

5
Kenneth J. Pinto, State Bar Number 221422
6
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
7
San Jose, CA 95113
Telephone: (408) 289-1765
8
Fax: (408) 289-1754

9
Attorneys for RICHARD JOHNSON, Plaintiff
10

11
**UNITED STATES DISTRICT COURT**

12
**NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| RICHARD JOHNSON,<br>    Plaintiff,<br><br>vs.<br><br>ROBERT D. FALLON, an individual;<br>STREET LIGHT RECORDS, LTD., a<br>California corporation, d/b/a STREET<br>LIGHT RECORDS; and DOES 1through<br>20, inclusive,<br>    Defendants.<br>. | **Case No. 13-CV-05077HRL**<br><br>*Civil Rights*<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AND<br>(PROPOSED) 0RDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |

        Plaintiff RICHARD JOHNSON and Defendants ROBERT D. FALLON, an individual;

STREET LIGHT RECORDS, LTD., a California corporation, d/b/a STREET LIGHT

RECORDS, by and through their attorneys of record, file this Stipulation and Order of

Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2).

        Plaintiff filed this lawsuit on October 30, 2014. Defendants, who have answered the

complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that each side shall pay its own attorneys' fees and costs.

The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS signed by both parties and approved by their respective attorneys.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.


DATED: May 8, 2014          By:/s/  Irene Karbelashvili
                            IRENE KARBELASHVILI
                            Attorney for Plaintiff RICHARD JOHNSON



DATED:                      NEWMAN & MARCUS

                            By:    /s/ Edward Newman
                            EDWARD NEWMAN, Attorney for ROBERT D.
                            FALLON and STREET LIGHT RECORDS, LTD


**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on May 8, 2014, I, Irene Karbelashvili, received the concurrence of Edward Newman, Esq. in the filing of this document


                            By:          /s/ Irene Karbelashvili
                            IRENE KARBELASHVILI

**~~PROPOSED~~ ORDER**

       PURSUANT TO STIPULATION, IT IS SO ORDERED.

The lawsuit against Defendants is dismissed with prejudice. Each side shall pay its own

attorneys' fees and costs.

Dated:  May 19, 2014

                              _____

                              Hon. Howard R. Lloyd, Magistrate
                              Judge United States District Court