*E-Filed: May 19, 2014*

Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for RICHARD JOHNSON, Plaintiff

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br>  Plaintiff,<br>vs.<br>ROBERT D. FALLON, an individual; STREET LIGHT RECORDS, LTD., a California corporation, d/b/a STREET LIGHT RECORDS; and DOES 1 through 20, inclusive,<br>  Defendants. | Case No. 13-CV-05077HRL<br><br>*Civil Rights*<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(PROPOSED)~~ ORDER<br>[F.R.C.P.§§ 41(a)(1)(ii) and (2)] |

Plaintiff RICHARD JOHNSON and Defendants ROBERT D. FALLON, an individual; STREET LIGHT RECORDS, LTD., a California corporation, d/b/a STREET LIGHT RECORDS, by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2).

Plaintiff filed this lawsuit on October 30, 2014. Defendants, who have answered the

complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that each side shall pay its own attorneys' fees and costs.

The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS signed by both parties and approved by their respective attorneys.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

DATED: May 8, 2014        By:/s/ *Irene Karbelashvili*
                          IRENE KARBELASHVILI
                          Attorney for Plaintiff RICHARD JOHNSON


DATED:                    NEWMAN & MARCUS

                          By:    /s/ *Edward Newman*
                          EDWARD NEWMAN, Attorney for ROBERT D. FALLON and STREET LIGHT RECORDS, LTD


### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on May 8, 2014, I, Irene Karbelashvili, received the concurrence of Edward Newman, Esq. in the filing of this document

                          By:      /s/ Irene Karbelashvili
                                   IRENE KARBELASHVILI

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The lawsuit against Defendants is dismissed with prejudice. Each side shall pay its own attorneys' fees and costs.

Dated: May 19, 2014

_____
Hon. Howard R. Lloyd, Magistrate Judge United States District Court